UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH SCOTT LEJEUNE,<br><br>　　　　　Defendant. | CASE NO. CR15-5263BHS<br><br>ORDER |

　　This matter comes before the Court on the Defendant's Unopposed Motion to Continue Trial and Pretrial Motions Dates. The Court, having considered the unopposed motion and the Defendant's speedy trial waiver, makes the following findings of fact and conclusions of law:

　　1. The defense received initial discovery from the government on June 4, 2015, and further discovery is expected after July 6, 2015, due to the government's schedule. Trial in this matter is currently set for July 7, 2015.

　　2. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

ORDER - 1

1    3. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense, to explore resolution of this case before trial and to ensure continuity of defense counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).

4. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(i).

5. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B).

6. Defendant waived speedy trial through December 30, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED

That the trial date is continued from July 7, 2015 to December 15, 2015 at 9:00 a.m.; Pretrial Conference is set for December 7, 2015, at 1:30 p.m.; pretrial motions are due by November 11, 2015.  The resulting period of delay from June 11, 2015, to December 15, 2015, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B)

Dated this 15th day of June, 2015.

BENJAMIN H. SETTLE
United States District Judge