UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH SCOTT "CHLOE" LEJEUNE,<br><br>　　　　　Defendant. | CASE NO. CR15-5263 BHS<br><br>ORDER |

This matter is before the Court on Defendant Chloe[1] LeJeune's motion for early termination of supervised release. Dkt. 73.

Most of the facts relevant to this motion are set forth in the Court's prior order, Dkt. 76, and need not be repeated here. In that order, the Court reserved ruling on LeJeune's motion for early termination of supervised release and directed her to respond to the order and explain why she has not by now fully paid the amount of restitution owed. *Id.* at 2. Lejeune owes only $587.66 out of the $5,000 in restitution ordered. Dkt. 74 at 1.

---

[1] Although Lejeune was prosecuted as Joseph LeJeune, she now goes by Chloe LeJeune and uses she/her pronouns. Dkt. 73 at n.1.

ORDER - 1

1  LeJeune has since responded to the Court's prior order, explaining that she has
2  been unable to fully pay the restitution because of serious financial hardship. Dkt. 77 at 2.
3  LeJeune also explains, "I regret lapsing on my restitution payments" and "I do take my
4  restitution seriously and I fully intend to pay the balance off as soon as I am able." *Id.*
5  The Court accepts this explanation. In so doing, however, the Court strongly encourages
6  LeJeune to pay the remainder of the restitution owed as soon as possible.

7  Therefore, it is hereby **ORDERED** that LeJeune's motion for early termination of
8  supervised release, Dkt. 73, is **GRANTED**.

9  IT IS SO ORDERED.

10  Dated this 31st day of May, 2023.

BENJAMIN H. SETTLE
United States District Judge